WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA3, Mortgage Pass-Through Certificates, Series 2006-OA3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA3, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Defendant. | **Case No.:   2:16-CV-00050-GMN-GWF**<br><br>**STIPULATION AND ORDER GRANTING SFR INVESTMENT POOL 1, LLC'S MOTION FOR DEMAND FOR SECURITY COSTS BOND PURSUANT TO NRS 18.130(1)** |

COMES NOW Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA3, Mortgage Pass-Through Certificates, Series 2006-OA3 (hereinafter "Plaintiff"), and Defendant, SFR Investments Pool 1, LLC (hereinafter "SFR"), by and through the undersigned attorneys of record, and hereby stipulates to the following:

IT IS HEREBY STIPULATED that SFR Investments Pool 1, LLC's Motion for Demand

for Security Costs Bond Pursuant to NRS 18.130(1) is GRANTED.

    IT IS FURTHER STIPULATED that Plaintiff shall pay the Cost Bond in the amount of Five Hundred Dollars ($500.00), and subsequently file a Notice of Posting Bond.

    IT IS FURTHER STIPULATED that SFR shall have ten (10) business days after the date of filing the Notice of Posting Bond to Answer or otherwise respond to Plaintiff's Complaint.

DATED this 17th day of May, 2016.　　　　　　　　DATED this 17th day of May, 2016.

WRIGHT, FINLAY & ZAK, LLP　　　　　　　　　KIM GILBERT EBRON

   /s/ Chelsea A. Crowton, Esq.　　　　　　　　　　   /s/ Diana Cline Ebron, Esq.
Chelsea A. Crowton, Esq.　　　　　　　　　　　　Diana Cline Ebron, Esq.
Nevada Bar No. 11547　　　　　　　　　　　　　Nevada Bar No. 10580
7785 W. Sahara Ave., Suite 200　　　　　　　　　7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89117　　　　　　　　　　　Las Vegas, Nevada 89139
*Attorney for Plaintiff, The Bank of New York*　　　*Attorney for Defendant, SFR Investments*
*Mellon FKA The Bank of New York, as Trustee*　　*Pool 1, LLC*
*for the Certificateholders of CWALT, Inc.,*
*Alternative Loan Trust 2006-OA3, Mortgage*
*Pass-Through Certificates, Series 2006-OA3*

## **ORDER**

Based on the above-stated stipulations, the Court hereby rules:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that SFR Investments Pool 1, LLC's Motion for Demand for Security Costs Bond Pursuant to NRS 18.130(1) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall pay the Cost Bond in the amount of Five Hundred Dollars ($500.00), and subsequently file a Notice of Posting Bond.

///

///

///

///

///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that SFR shall have ten
2 (10) business days after the date of filing the Notice of Posting Bond to Answer or otherwise
3 Respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED this __19__ day of May, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE