LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
DAVID MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
dmarkman@lipsonneilson.com

*Attorneys for Defendant Sundance at the Shadows HOA*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA3, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and SUNDANCE AT THE SHADOWS HOA, a Nevada Non-Profit Company,<br><br>Defendants. | CASE NO.: 2:16-cv-00050-GMN-GWF<br><br><br>**STIPULATION AND ORDER TO EXTEND SUNDANCE AT THE SHADOWS HOMEOWNERS ASSOCIATION'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF No. 27]**<br><br>**(2nd REQUEST)** |

Defendant SUNDANCE AT THE SHADOWS HOA ("HOA") and Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA3 ("BONY"), by and through their respective counsel, hereby agree and stipulate as follows:

1

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1  IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant

2  HOA to Respond to Plaintiff BONY's First Amended Complaint [ECF No. 27] shall be

3  extended to **August 28, 2017**. Based on the parties' first stipulation, HOA's answer was

4  originally due on August 17, 2017. HOA's counsel needs additional time to evaluate and

5  respond to the complaint. Due to counsel's recent retention by defendant's insurance

6  carrier, upcoming trial, numerous court appearances, and a heavy case load, counsel

7  requests more time to evaluate the complaint. The parties are stipulating to extend the

8  time as a courtesy given the circumstances. This request is made in good faith and not

9  for purposes of delay.

10  DATED this ___17th___ day August, 2017.

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| */s/ David A. Markman* | */s/ Lindsay D. Robbins* |
| By:_____ | By:_____ |
| J. William Ebert, Esq. (Bar No. 2697) | Dana Jonathan Nitz, Esq. (Bar No. 0050) |
| David A. Markman, Esq. (Bar No. 12440) | Lindsay D. Robbins, Esq. (Bar No. 13474) |
| 9900 Covington Cross Dr., Suite 120 | 7785 W. Sahara Avenue, Suite 220 |
| Las Vegas, NV 89144 | Las Vegas, NV 89117 |
| (702) 382-1500 | (702) 475-7964 |
| *Attorneys for Defendant Sundance at the Shadows HOA* | *Attorneys for Plaintiff The Bank of New York Mellon* |

22  **ORDER**

23  Based on the foregoing stipulation, IT IS SO ORDERED.

24  DATED this __18th__ day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE