LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant SUNDANCE AT THE SHADOWS HOA*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA3, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and SUNDANCE AT THE SHADOWS HOA, a Nevada Non-Profit Company,<br><br>Defendants. | CASE NO.: 2:16-cv-00050-GMN-GWF<br><br>**SUNDANCE AT THE SHADOWS HOA'S MOTION TO REMOVE ATTORNEY DAVID MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** |

Defendant, SUNDANCE AT THE SHADOWS HOA ("Sundance"), by and through its counsel of record, LIPSON NEILSON P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson, P.C.

Page 1 of 3

LIPSON NEILSON, P.C., continues to serve as counsel for Sundance in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this action. All future correspondence, papers, and future notices should continue to be directed by J. William Ebert, Esq., and Karen Kao, Esq.

DATED this 8th day August, 2018.

LIPSON NEILSON P.C.

*/s/ Karen Kao*

By: _____
J. WILLIAM EBERT, ESQ. (Nevada Bar No. 2697)
KAREN KAO, ESQ. (Nevada Bar No. 14386)
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant Sundance at the Shadows HOA*

**COURT APPROVAL**

**IT IS SO ORDERED:**

**DATED:** 8/09/2018

_____
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2018, service of the foregoing **SUNDANCE AT THE SHADOWS HOA'S MOTION TO REMOVE ATTORNEY DAVID MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to the following parties registered to receive such service:

| | |
|---|---|
| Dana Jonathon Nitz<br>Lindsay Robbins<br>**WRIGHT, FINLAY & ZAK, LLP**<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>702-475-7964<br><br>*Attorneys for Plaintiff Bank of New York Mellon As Trustee for the Certificateholders of CWalt, Inc., Alternative Loan Trust 2006-OA3, Mortgage Pass-Through Certificates, Series 2006-OA3, a Delaware Corporation formerly known as Bank of New York* | Jacqueline A. Gilbert<br>Karen L. Hanks<br>Diana Cline Ebron<br>**KIM GILBERT EBRON**<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>702-485-3300<br>*Attorneys for SFR Investment Pool 1, LLC* |

*/s/ Sydney Ochoa*
_____
An Employee of LIPSON NEILSON P.C.