1  WRIGHT, FINLAY & ZAK, LLP
   Christopher A.J. Swift, Esq.
2  Nevada Bar No. 11291
3  Lindsay D. Robbins, Esq.
   Nevada Bar No. 13474
4  7785 W. Sahara Avenue, Suite 200
   Las Vegas, Nevada 89117
5  lrobbins@wrightlegal.net
6  *Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for
   the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA3, Mortgage Pass-*
7  *Through Certificates, Series 2006-OA3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA3, a Delaware Corporation<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; and SUNDANCE AT THE SHADOWS HOA, a Nevada Non-Profit Company,<br><br>Defendants. | Case No.: 2:16-cv-00050-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF THE BANK OF NEW YORK MELLON'S EMERGENCY MOTION FOR PROTECTIVE ORDER [ECF NO. 58]**<br><br>**(FIRST REQUEST)** |

Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA3, Mortgage Pass-Through Certificates, Series 2006-OA3 ("BONY) and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On December 21, 2018, BONY filed its Emergency Motion to Quash and for Protective Order which sought to limit the topics of SFR's deposition of BONY [ECF No. 58] (the "Motion"). SFR filed its opposition to the Motion of January 4, 2019 [ECF No. 60] (the

"Opposition"). Presently, the deadline for BONY to file its response to SFR's Opposition is January 11, 2019. Due to an illness with BONY's counsel in addition to the Parties' current settlement negotiations, the Parties have discussed extending the deadline for BONY to file its response to January 22, 2019.

This is the first stipulation for extension of time for BONY to file its response to SFR's Opposition. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for BONY to file its Reply in Support of its Motion to Quash and for Protective Order shall be extended to January 22, 2019.

| | |
|---|---|
| DATED this 10th day of January, 2019.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA3, Mortgage Pass-Through Certificates, Series 2006-OA3* | DATED this 10th day of January, 2019.<br>KIM GILBERT EBRON<br><br>*/s/ Diana S. Ebron, Esq.*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _ 1/14/2019 _____