WRIGHT, FINLAY & ZAK, LLP
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA3, Mortgage Pass-Through Certificates, Series 2006-OA3*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA3, a Delaware Corporation<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; and SUNDANCE AT THE SHADOWS HOA, a Nevada Non-Profit Company,<br><br>Defendants. | Case No.: 2:16-cv-00050-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF THE BANK OF NEW YORK MELLON'S EMERGENCY MOTION FOR PROTECTIVE ORDER [ECF NO. 58]**<br><br>**(SECOND REQUEST)** |

Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA3, Mortgage Pass-Through Certificates, Series 2006-OA3 ("BONY) and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On December 21, 2018, BONY filed its Emergency Motion for Protective Order which sought to limit the topics of SFR's deposition of BONY [ECF No. 58] (the "Motion"). SFR filed its opposition to the Motion of January 4, 2019 [ECF No. 60] (the "Opposition"). Presently, the

1  deadline for BONY to file its response to SFR's Opposition is January 22, 2019.  The Parties are
2  currently discussing a proposal that would resolve the issues involved in the instant Motion and
3  request a brief, one day extension to the deadline for BONY to file its response to January 23,
4  2019. This is the second stipulation for extension of time for BONY to file its response to SFR's
5  Opposition. The extension is requested in good faith and is not for purposes of delay or prejudice
6  to any other party.
7         WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED
8  that the deadline for BONY to file its Reply in Support of its Motion for Protective Order shall
9  be extended to January 23, 2019.

| | |
|---|---|
| DATED this 22nd day of January, 2019. | DATED this 22nd day of January, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
| */s/ Lindsay D. Robbins* | */s/ Diana S. Ebron, Esq.* |
| Lindsay D. Robbins, Esq. | Diana S. Ebron, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 10580 |
| 7785 W. Sahara Ave., Suite 200 | Jacqueline A. Gilbert, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 10593 |
| *Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA3, Mortgage Pass-Through Certificates, Series 2006-OA3* | Karen L. Hanks, Esq. Nevada Bar No. 9578 7625 Dean Martin Drive, Suite 110 Las Vegas, Nevada 89139 *Attorneys for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/22/2019