UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA3, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; and SUNDANCE AT THE SHADOWS HOA, a Nevada Non-Profit Company,<br><br>Defendants. | Case No. 2:16-CV-00050-GMN-EJY<br><br>**AMENDED ORDER** |

Before the Court is Plaintiff's Motion for Release of Cash Deposit (ECF No. 91). The Court having granted the Stipulation and Order to Dismiss Case with Prejudice on August 29, 2019 (ECF No. 90), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's cash bond of $500.00, deposited on June 8, 2019, and the cash bond's accrued interest since that time be released to Christina V. Miller and Lindsay D. Robbins of the law firm of Wright, Finlay & Zak, LLP, acting as attorneys of record for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA3, Mortgage Pass-Through Certificates, Series 2006-OA3.

DATED: September 11, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1